```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/22
```

EMIL RENSING,

               Petitioner,

- against -

UNITED STATES OF AMERICA,

               Respondent.

**19 Civ. 5674 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

In light of the Court's decision and order, dated April 8, 2021, denying the petitioner Emil Rensing's motion, pursuant to 18 U.S.C. § 2255, the Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: August 24, 2022
      New York, New York

                                        _____
                                          **VICTOR MARRERO**
                                                U.S.D.J.